UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS FERNANDO VALDEZ AYALA,<br><br>　　　　　　　　Petitioner,<br>v.<br>JOHN F. KELLY, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:17-cv-00448-HDM-VPC<br><br>ORDER |

This is a counseled 28 U.S.C. § 2241 habeas corpus petition filed by Luis Fernando Valdez Ayala (ECF No. 1). The parties have filed a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF No. 7).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED.**

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: November 9, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE